# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

974
CA 13-01420
PRESENT: SMITH, J.P., FAHEY, LINDLEY, AND VALENTINO, JJ.

JANICE MAZELLA, AS ADMINISTRATRIX OF THE ESTATE
OF JOSEPH MAZELLA, DECEASED,
PLAINTIFF-RESPONDENT,

                              V                                    ORDER

WILLIAM BEALS, M.D., DEFENDANT-APPELLANT,
ET AL., DEFENDANT.
(APPEAL NO. 2.)

GALE GALE & HUNT, LLC, SYRACUSE, MEISELMAN, PACKMAN, NEALON, SCIALABBA
& BAKER P.C., WHITE PLAINS (MYRA I. PACKMAN OF COUNSEL), FOR
DEFENDANT-APPELLANT.

DEL DUCHETTO & POTTER, SYRACUSE (ERNEST A. DEL DUCHETTO OF COUNSEL),
AND ALESSANDRA DEBLASIO, NEW YORK CITY, FOR PLAINTIFF-RESPONDENT.

-------------------------------------------------------------------------------------------------------------

        Appeal from a judgment of the Supreme Court, Onondaga County
(John C. Cherundolo, A.J.), entered April 29, 2013.  The judgment,
insofar as appealed from, awarded plaintiff money damages upon a jury
verdict.

        It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Matter of Eric D*. [appeal No. 1], 162 AD2d 1051).

Entered:  November 21, 2014                    Frances E. Cafarell
                                               Clerk of the Court